UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CASE NO: 3:20-cv-00668-JJH

**ALBERT GIBSON**,
individually and on behalf of all
others similarly situated,

        **CLASS ACTION**

    Plaintiff,

        **JURY TRIAL DEMANDED**

v.

**FIRMFINDER LLC,**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Albert Gibson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff are hereby dismissed without prejudice and without prejudice as to any putative class claims.

Date: 7/30/2020

        **EISENBAND LAW, P.A.**

        */s/ Michael Eisenband*
        Michael Eisenband
        Florida Bar No. 94235
        515 E. Las Olas Boulevard, Suite 120
        Ft. Lauderdale, Florida 33301
        Email: MEisenband@Eisenbandlaw.com
        Telephone: 954.533.4092

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge